[Decided January 28, 1887.]

HENRY L. YESLER *v.* S. M. NOTT.

ERROR to the District Court holding terms at Seattle. Third District.

By the COURT. — This case is governed by *Yesler* v. *Barker, ante,* p. 245, which presents the same questions; and the same order will be entered.